1
2
3

**08-CV-05489-OBJ**

4
5
6



7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN S. PETERSON AS TRUSTEE ON BEHALF )
OF THE BANKRUPTCY ESTATE OF LESLEE )   NO.    C08-5489 RJB
MACDONALD, )
 )   OPPOSITION TO REMOVAL
          Plaintiff, )
 )
    v. )
 )
THE KROGER CO. and FRED MEYER STORES, )
INC., dba QUALTIY FOOD CENTERS, INC., )
 )
         Defendants. )
                        )

TO:       Clerk of the Court, United States District Court for the Western District
          Of Washington at Tacoma

AND TO:  Defendants The Kroger Co., and Fred Meyer Stores, Inc., dba Quality Food
          Centers, Inc.

AND TO:  Francis L. VanDuesen,Jr. and Adam Hughes of Miller Nash, LLP,
          Defendants attorneys.

     Plaintiff John S. Paterson As Trustee On Behalf Of The Bankruptcy Estate Of Leslee

MacDonald (hereinafter Plaintiff) by and through attorney Novelle Ballard respectfully states as

follows:

     1. 28 U.S.C. section 1441 provides the Court with discretion. Defendants' request

for Removal is not mandatory.

     2. Sec. 1441 (e) (1) (A) refers to 28 U.S.C. section 1369 (b) (1) which provides one

basis for Plaintiff's opposition to Removal. Plaintiff John S. Peterson and Leslee

ORIGINAL

MITCHELL, LANG & SMITH
1001 FOURTH AVENUE, SUITE 3714
SEATTLE, WASHINGTON 98154
(206) 292-1212

1

2    MacDonald, the non-party claimant, are both citizens of the State of Washington.

3    Non-party Dan Diederichs, who at all times material to claimant MacDonald's

4    employment related alleged wrongful termination claims, was the store manager of

5    the QFC grocery store located in Port Hadlock, Jefferson County, Washington.

6    Diederichs is the person alleged by Claimant MacDonald to have told her she was

7    terminated. Diederichs is a citizen of Washington State. Witnesses who are past

8    and/or current employees of the QFC grocery store located in Port Hadlock,

9    Jefferson County, Washington are citizens of the State of Washington. Witnesses

10   who are not past or current employees of the Port Hadlock QFC grocery store are

11   also citizens of the State of Washington. Counsel for Plaintiff has no intention of

12   calling any trial witness who is not a resident of the State of Washington.

13   3. 28 U.S.C. sec. 1369 (b) (2) provides a second basis for Plaintiff's opposition to

14   Removal. All claims brought in the case, originally filed in Jefferson County

15   Superior Cause No. 07-2-00456-3, are based on the laws of the State of Washington

16   and the claims asserted will be governed by the laws of the State of Washington.

17   4. 28 U.S.C. sec. 1441 (e) (1) (6) provides the third basis for Plaintiff's opposition

18   to Removal. John S. Peterson resides in Kingston, Kitsap County Washington.

19   Leslee MacDonald, Dan Diederichs and all witnesses are believed to reside in Port

20   Ludlow or Port Townsend, Jefferson County Washington. The QFC grocery store

21   located in Port Hadlock, Jefferson County, Washington is the only store at which

22   Leslee MacDonald worked and is the only store owned by the named Defendants

23   at issue in this matter. It would be inconvenient for all persons who will be called

24   to trial in this matter to travel from Port Hadlock, Port Ludlow and/or Port

25   Townsend, in Jefferson County to Tacoma. The cost of gasoline, the inconvenience

26   of time off of work and the cost of lodging which may be needed due to trial

27   calendaring provide the basis for the Court's discretion to abstain from accepting

OPPOSITION TO REMOVAL - 2
Civil No.C08-5489RJB

MITCHELL, LANG & SMITH
1001 FOURTH AVENUE, SUITE 3714
SEATTLE, WASHINGTON 98154
(206) 292-1212

this matter and find that the Jefferson County Superior Court is the appropriate and convenient forum for this matter.

WHEREFORE, Plaintiff and Non-Party Claimant Leslee MacDonald request that the Court abstain from accepting Removal of this action.

Dated this 13th day of August, 2008

MITCHELL LANG & SMITH

Novelle Ballard, WSBA No. 18830
nballard@mls-law.com
P.O. Box 65403
Port Ludlow, WA 98365

I certify that on August 13, 2008,
I caused a true full copy of this document to be
sent via overnight mail in a sealed prepaid envelope
to the following:
Francis Van Duesen Jr., Attorney for Defendants
Kroger Company, et., al., 4400 Two Union Square
601 Union Street, Seattle WA 98101-2152

By: _____

At: Port Ludlow, Washington

OPPOSITION TO REMOVAL - 3
Civil No.C08-5489RJB

MITCHELL, LANG & SMITH
1001 FOURTH AVENUE, SUITE 3714
SEATTLE, WASHINGTON  98154
(206) 292-1212