Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN S. PETERSON AS TRUSTEE ON BEHALF OF THE BANKRUPTCY ESTATE OF LESLEE MACDONALD,<br><br>            Plaintiff,<br><br>   v.<br><br>THE KROGER CO. and FRED MEYER STORES, INC. dba QUALITY FOOD CENTERS, INC.,<br><br>            Defendants. | Case No. 08-05489 RJB<br><br>DEFENDANTS' UNOPPOSED FED. R. CIV. P. 36(a)(3) MOTION FOR AN ORDER DEEMING REQUESTS FOR ADMISSION ADMITTED BY PLAINTIFF<br><br>**Noted for Consideration on April 10, 2009**<br>**NO ORAL ARGUMENT REQUESTED** |

## I. RELIEF REQUESTED

Defendant Fred Meyer, Inc., d/b/a Quality Food Centers, Inc. ("QFC"), moves this Court for a final order stating that the Defendants' February 13, 2009, First Requests For Admission directed to plaintiff are admitted because he has not answered them. Plaintiff has not formally responded, but has indicated by e-mail that the plaintiff admits both Requests for Admission.

DEFS' UNOPPOSED MOTION FOR AN ORDER DEEMING REQS FOR
ADMISSION ADMITTED BY PLAINTIFF - 1
(3:07-CV-05142-FDB)
SEADOCS:389883.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

## II. STATEMENT OF FACTS

On February 13, 2009, defendants served by mail its First Requests For Admission directed to plaintiff John S. Peterson as Trustee on Behalf of the Bankruptcy Estate of Leslee MacDonald. Van Dusen Decl. ¶2, Ex. A.

On March 19, 2009, defendants' counsel Francis L. Van Dusen, Jr. sent an e-mail to plaintiff's counsel Novelle Ballard advising Ms. Ballard that the defendants did not receive a response to the requests for admission by the due date and they are therefore deemed admitted. Mr. Van Dusen also asked Ms. Ballard that if she had any documents that would support a denial of either of the requests for admission, to please produce the documents to defendants. Van Dusen Decl. ¶3.

On March 19, 2009, plaintiff's counsel Ms. Ballard responded by e-mail that plaintiff would not deny the requests for admission. Van Dusen Decl. ¶4, Ex. C. "I have no medical documents to deny your admissions." Van Dusen Decl. Ex. C.

## III. STATEMENT OF ISSUES

Should the Court issue an order deeming the Defendants' First Requests For Admission directed to plaintiff admitted under Fed. R. Civ. P 36(a)(3) due to plaintiff's failure to respond to the discovery request?

## IV. EVIDENCE RELIED UPON

This motion is based on Fed. R. Civ. P. 36, the Declaration of Francis L. Van Dusen, Jr., and attached exhibits, and the pleadings and files herein.

## V. AUTHORITY

Fed. R. Civ. P. 36 (a)(3) states:

> *Time to Respond; Effect of Not Responding.* A matter is admitted unless, within 30 days after being serviced, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the amtter and signed by the party or its attorney.

DEFS' UNOPPOSED MOTION FOR AN ORDER DEEMING REQS FOR ADMISSION ADMITTED BY PLAINTIFF - 2
(3:07-CV-05142-FDB)
SEADOCS:389883.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

## VI. CONCLUSION

Defendants respectfully request that its proposed order be entered.

DATED this 20th day of March, 2009.

MILLER NASH LLP

*/s/ Francis L. Van Dusen, Jr.*
Francis L. Van Dusen, Jr.
WSB No.13669
frank.vandusen@millernash.com
Adam G. Hughes, WSB No. 34438
4400 Two Union Square
601 Union Street
Seattle, WA  98101
Telephone: (206) 622-8484
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2009, I electronically filed the DEFENDANTS' UNOPPOSED FED. R. CIV. P. 36(a)(3) MOTION FOR AN ORDER DEEMING REQUESTS FOR ADMISSION ADMITTED BY PLAINTIFF with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Novelle Ballard – nballard@mls-law.com

*/s/ Francis L. Van Dusen, Jr.*
Francis L. Van Dusen, Jr.
WSB No. 13669
Miller Nash LLP
4400 Two Union Square 601 Union St.
Seattle, Washington  98101-2352
Telephone: (206) 622-8484

Attorneys for Defendants

DEFS' UNOPPOSED MOTION FOR AN ORDER DEEMING REQS FOR
ADMISSION ADMITTED BY PLAINTIFF - 3
(3:07-CV-05142-FDB)
SEADOCS:389883.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON  98101-2352