Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN S. PETERSON AS TRUSTEE ON BEHALF OF THE BANKRUPTCY ESTATE OF LESLEE MACDONALD,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO. and FRED MEYER STORES, INC. dba QUALITY FOOD CENTERS, INC.,<br><br>Defendants. | Case No. 08-05489 RJB<br><br>STIPULATED ORDER OF DISMISSAL |

Plaintiff John S. Peterson as trustee on behalf of the bankruptcy estate of Leslee MacDonald, by and through his attorneys Mitchell Lang & Smith and Novelle Ballard, and defendants The Kroger Co. and Fred Meyer Stores, Inc. dba Quality Food Centers, Inc., by and through their attorneys Miller Nash LLP and Francis L. Van Dusen, Jr., stipulate to the entry of the subjoined order dismissing all plaintiff's claims against defendants without the award of fees or costs.

DATED this 22d day of July, 2009.

MITCHELL LANG & SMITH

_____
Novelle Ballard, WSBA # 18830
1001 4th Ave Ste 3714
Seattle, WA  98154-1107

Attorneys for Plaintiff

MILLER NASH LLP

_____
Francis L. Van Dusen, Jr., WSBA # 13669
4400 Two Union Square, 601 Union Street
Seattle, WA  98101

Attorneys for Defendant

STIPULATED ORDER OF DISMISSAL - 1
CASE NO. 08-05489 RJB

## **ORDER**

Based on the parties' stipulation as described above, it is hereby ORDERED, ADJUDGED, AND DECREED that:

The plaintiff's claims against the above named defendants are hereby dismissed with prejudice without the award of any fees or costs.

DATED this _____ day of _____, 2009.

_____
Honorable Robert J. Bryan

**Presented By**:

MILLER NASH, LLP

_____
Francis L. Van Dusen, Jr., WSBA No. 13669
Adam G. Hughes, WSBA No. 34438
4400 Two Union Square, 601 Union Street
Seattle, WA 98101

Attorneys for Defendants

**Approved as to Form;
Notice of Presentation Waived:**

MITCHELL LANG & SMITH

_____
Novelle Ballard, WSBA # 18830
1001 4th Ave Ste 3714
Seattle, WA 98154-1107

Attorneys for Plaintiff

STIPULATED ORDER OF DISMISSAL - 2
CASE NO. 08-05489 RJB